# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Mario Melano Gonzalez and Maria De Los Angeles Melano | **Case No :** | 09-41670 - B - 7 |
| | | **Date :** | 2/2/10 |
| | | **Time :** | 09:31 |
| **Matter :** | [15] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor Citibank, N.A. (Fee Paid $150) (dpas) [15] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor Citibank, N.A. (dpas) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed in part and granted in part. As to the debtors, the motion is dismissed as moot. The debtors received their discharge on January 20, 2010, and the automatic stay as to the debtors ended on that date. 11 U.S.C. § 362(c)(2)(C). As to the estate, the automatic stay is modified pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 3050 32nd Avenue, Sacramento, CA 95824 (APN 05255188) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is ordered waived. Except as so ordered, the motion is denied.

Dated: February 05, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge